# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel*. ) <br> ) <br> HEATHCOTE HOLDINGS CORP., INC., ) <br> an Illinois corporation, Relator, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LEAPFROG ENTERPRISES, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:10-cv-01471 <br><br><br> Judge: Hon. David H. Coar |

## NOTICE OF MOTION

**TO HEATHCOTE HOLDINGS CORP., INC., AND TO ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 7, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard, Defendant LEAPFROG ENTERPRISES, INC., by and through its attorneys, shall appear before the Honorable David H. Coar, or any judge sitting in his stead in Courtroom 1843 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present the following motion attached hereto:

LEAPFROG ENTERPRISES, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO TRANSFER VENUE.

Dated: June 24, 2010

COOLEY LLP

By: */s/ Thomas J. Friel, Jr.*
Thomas J. Friel, Jr. (*pro hac vice*)
Matthew P. Gubiotti (*pro hac vice*)

Erica C. Tierney (*pro hac vice*)
Cooley LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94305-2155
(650) 843-5000
tfriel@cooley.com
mgubiotti@cooley.com
etierney@cooley.com

Brian D. Roche
Michael P. Bregenzer
Reed Smith LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
broche@reedsmith.com
mbregenzer@reedsmith.com

Attorneys for Defendant
LEAPFROG ENTERPRISES, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2010, a copy of the foregoing NOTICE OF MOTION was served via the Court's electronic filing system, on the following attorneys of record:

| | |
|---|---|
| Richard J. Prendergast<br>Michael Thomas Layden<br>John C. Ellis<br>Richard J. Prendergast, Ltd.<br>111 West Washington Street, Suite 1100<br>Chicago, IL 60602<br>(312) 641-0881<br>rprendergast@rjpltd.com<br>mlayden@rjpltd.com<br>jellis@rjpltd.com | Matthew S. Miller<br>Law Offices of Matthew S. Miller<br>111 West Washington Street, Suite 1100<br>Chicago, IL 60602<br>(312) 641-0881<br>matt@matmillerlaw.com |

              */s/ Thomas J. Friel, Jr.*

863599/HN