# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Heathcote Holdings Corp., Inc.

                    Plaintiff,

v.                                    Case No.: 1:10–cv–01471

                                    Honorable David H. Coar

Leapfrog Enterprises, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 30, 2010:

       MINUTE entry before Honorable David H. Coar: Set deadlines as to motion to transfer case,, [32] : Responses due by 7/16/2010; Replies due by 7/30/2010. Defendant's Motion to transfer case [32] is taken under advisement – ruling to issue by mail. Parties need not appear on the presentment date of 7/7/2010.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.