UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Heathcote Holdings Corp., Inc.
                        Plaintiff,

v.                                         Case No.: 1:10–cv–01471
                                                Honorable David H. Coar

Leapfrog Enterprises, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 12, 2010:

       MINUTE entry before Honorable David H. Coar: There being no objections to the Motion, Plaintiff's Motion for leave to Cite additional authority in opposition to Defendant's Motion to Dismiss [36] is granted. Leave granted plaintiff to cite Patent Compliance Group, Inc. v. Interdesign, Inc., No. 10–0404 (June 28, 2010), as additional authority in opposition to Defendant's Motion to Dismiss.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.