## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
## Eastern Division

Heathcote Holdings Corp., Inc.
                              Plaintiff,

v.                                                     Case No.: 1:10–cv–01471
                                                                           Honorable David H. Coar

Leapfrog Enterprises, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2010:

      MINUTE entry before Honorable David H. Coar: For purposes of a Rule 12(b)(6) motion, intent may reasonably inferred from the acts alleged. MOTION by Defendant Leapfrog Enterprises, Inc. to dismiss [54] is denied.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.